United States District Court
Southern District of Texas
**ENTERED**
December 11, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE LICCIARDELLO, | § § | |
| Petitioner, | § | |
| VS. | § § | CIVIL ACTION NO. 2:20-CV-251 |
| DEPARTMENT OF JUSTICE BUREAU OF PRISONS, | § § § § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On November 9, 2020, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 5), recommending that this action be dismissed as moot because the relief requested was granted through a separate action. Petitioner was provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 5), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED AS MOOT**.

ORDERED this 11th day of December, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE